## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOSHUA A. STRICKLIN**                                                          **PLAINTIFF**

**v.**                                   **CASE NO. 4:16CV00778 BSM**

**SCOTT HUFFMAN**                                                          **DEFENDANT**

### ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 4] has been reviewed.  No objections have been filed.  After reviewing the record, the RD is adopted.

Accordingly, plaintiff Joshua A. Stricklin's motion to voluntarily dismiss his complaint [Doc. No. 3] is granted.  *See* Fed. R. Civ. P. 41(A)(I).  Stricklin's motion for leave to proceed *in forma pauperis* is denied as moot.  *See* Doc. No. 1.  Finally, any *in forma pauperis* appeal taken from the order and judgment dismissing this action will be considered frivolous and not in good faith.  *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 4th day of January 2017.

_____
UNITED STATES DISTRICT JUDGE